## Morris Gelman, Appellee, v. C. F. Wendrick, Jr., Appellant.

### Gen. No. 42,829.

Heard in t' first division, first district, this court at the October term, 1943; ( nion filed February 28, 1944. Hoyne, O'Connor, Rubinkam & Melaniphy, for appellant; John C. Melaniphy, of counsel; Joseph H. Platt, for appellee. ('  ·ion by JUSTICE MATCHETT. Not to be published in full.